# OPINIONS PER CURIAM, ETC., FROM JANUARY 16, 1907, TO JUNE 12, 1907.

No. 101. DESMORNES v. DESMORNES.—Appeal from the District Court of Humacao. Motion to dismiss appeal. Decided January 16, 1907. Appeal dismissed on account of failure to comply with the provisions of section 54 of the Rules of the Supreme Court. *Mr. Hawkins* for petitioner. *Mr. Vías Ochoteco* for respondent.

No. 107. BANCO TERRITORIAL Y AGRÍCOLA v. MONTALVO ET AL.—Appeal from the District Court of Mayagüez. Motion to dismiss appeal. Decided January 21, 1907. Appeal dismissed on account of failure to comply with provision of section 299 of the Code of Civil Procedure and sections 50 and 54 of the Rules of the Supreme Court. *Mr. Juan de Guzmán Benítez* for petitioner. *Mr. de Diego* for respondent.

No. 108. SANTIAGO v. BARRERAS ET AL.—Appeal from the District Court of Arecibo. Motion to dismiss appeal. Decided January 21, 1907. Appeal dismissed on account of failure to comply with the provisions of section 299 of the Code of Civil Procedure and sections 50 and 54 of the Rules of the Supreme Court. *Mr. Hernández Usera* for the petitioner. *Mr. Coll Cuchí* for respondent.